# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In re: §
§
Kevin Yacoben § Case No. 14-05847
Jennifer L Tobias §
§
§
Debtors §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 02/22/2014 . The undersigned trustee was appointed on 02/22/2014 .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of          $    36,000.00

Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim disbursement | 0.00 |
| Administrative expenses | 0.00 |
| Bank service fees | 591.35 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of[1]       $ | 35,408.65 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 08/25/2014 and the deadline for filing governmental claims was 08/25/2014. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 3,688.46. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 0.00 as interim compensation and now requests a sum of $ 3,688.46, for a total compensation of $ 3,688.46 [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00, and now requests reimbursement for expenses of $ 6.86, for total expenses of $ 6.86 [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 01/31/2018              By: /s/Joji Takada, Chapter 7 Trustee
                                              Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Exhibit A

| Case No: | 14-05847 | BWB | Judge: | Bruce W. Black | Trustee Name: | Joji Takada, Chapter 7 Trustee |
|---|---|---|---|---|---|---|
| Case Name: | Kevin Yacoben | | | | Date Filed (f) or Converted (c): | 02/22/2014 (f) |
| | Jennifer L Tobias | | | | 341(a) Meeting Date: | 03/17/2014 |
| For Period Ending: | 01/31/2018 | | | | Claims Bar Date: | 08/25/2014 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 505 Whitehall Way, Bolingbrook, Il 60440 | 198,000.00 | 0.00 | | 36,000.00 | FA |
| 2. Cash; 505 Whitehall Way, Boilingbrook, Il | 500.00 | 0.00 | | 0.00 | FA |
| 3. Bank Of America Checking Account Xxx9815; 505 Whitehall Way, | 500.00 | 0.00 | | 0.00 | FA |
| 4. The First (Community Bank); Xxx5688 | 3.73 | 0.00 | | 0.00 | FA |
| 5. Furniture; 505 Whitehall Way, Boilingbrook, Il | 750.00 | 0.00 | | 0.00 | FA |
| 6. Books, Cds, Dvds | 350.00 | 0.00 | | 0.00 | FA |
| 7. Clothes; 505 Whitehall Way, Boilingbrook, Il | 500.00 | 0.00 | | 0.00 | FA |
| 8. 2012 Jeep Wrangler; 505 White Hall Way, Bolingbrook, Il 6044 | 24,000.00 | 0.00 | | 0.00 | FA |
| 9. 2011 Honda Element; 505 White Hall Way, Bolingbrook, Il 6044 | 19,000.00 | 0.00 | | 0.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | Unknown |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)    $243,603.73    $0.00    $36,000.00    $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Finalize compromise with Debtor re: interest in primary residence in exchange for $36,000 payable over 18 mos. - Joji Takada 8/20/2014

Debtor paying installment payments pursuant to compromise. - Joji Takada 11/30/2014

Debtor paying installment payments pursuant to compromise. - Joji Takada 3/9/2015

Debtor paying installment payments pursuant to compromise. - Joji Takada 6/19/2015

Debtor paying installment payments pursuant to compromise. - Joji Takada 9/29/2015

Debtor paid settlement payment in full; Consulting with accountant re: tax returns. - Joji Takada 11/30/2015

Accountant hired; Tax returns in process.  - Joji Takada 6/24/2016

Working with debtor regarding clearing estate's issue in property after payment in full. 9/1/16

Accountant hired; Tax returns in process.  - Joji Takada 11/20/2016

Resolving tax issues. - Joji Takada 3/15/2017

Prepare TFR and distributions. - Joji Takada 9/1/2017

TFR with UST review. - Joji Takada 12/15/2017

Exhibit A

Initial Projected Date of Final Report (TFR): 02/22/2016          Current Projected Date of Final Report (TFR): 12/30/2017

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | |
|---|---|
| Case No: 14-05847 | Trustee Name: Joji Takada, Chapter 7 Trustee |
| Case Name: Kevin Yacoben | Bank Name: Associated Bank |
| Jennifer L Tobias | Account Number/CD#: XXXXXX9959 |
| | Checking |
| Taxpayer ID No: XX-XXX8784 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 01/31/2018 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 01/26/15 | | Transfer from Acct # xxxxxx8326 | Transfer of Funds | 9999-000 | $10,136.00 | | $10,136.00 |
| 02/06/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $10,126.00 |
| 03/06/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $13.60 | $10,112.40 |
| 03/18/15 | 1 | Jennifer Tobias | Settlement payment Installment payment re compromise of primary residence | 1110-000 | $5,166.00 | | $15,278.40 |
| 04/07/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $18.50 | $15,259.90 |
| 05/07/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $21.95 | $15,237.95 |
| 06/05/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $22.65 | $15,215.30 |
| 06/21/15 | 1 | Jennifer Tobias | Settlement payment Installment payment re compromise of primary residence | 1110-000 | $5,166.00 | | $20,381.30 |
| 07/07/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $24.12 | $20,357.18 |
| 08/07/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $30.26 | $20,326.92 |
| 09/08/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $30.22 | $20,296.70 |
| 10/05/15 | 1 | Peter Galek | Settlement payment Final payment re compromise of Debtor's primary residence | 1110-000 | $15,502.00 | | $35,798.70 |
| 10/07/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $29.20 | $35,769.50 |

Page Subtotals:    $35,970.00    $200.50

UST Form 101-7-TFR (5/1/2011) *(Page: 5)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| Case No: | 14-05847 | Trustee Name: | Joji Takada, Chapter 7 Trustee |
| --- | --- | --- | --- |
| Case Name: | Kevin Yacoben | Bank Name: | Associated Bank |
| | Jennifer L Tobias | Account Number/CD#: | XXXXXX9959 |
| | | | Checking |
| Taxpayer ID No: | XX-XXX8784 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 01/31/2018 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 11/06/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $50.20 | $35,719.30 |
| 12/07/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $51.39 | $35,667.91 |
| 01/08/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $53.03 | $35,614.88 |
| 02/05/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $52.95 | $35,561.93 |
| 03/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $49.46 | $35,512.47 |
| 04/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $52.80 | $35,459.67 |
| 05/06/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $51.02 | $35,408.65 |

| | | |
| --- | --- | --- |
| COLUMN TOTALS | $35,970.00 | $561.35 |
| Less: Bank Transfers/CD's | $10,136.00 | $0.00 |
| Subtotal | $25,834.00 | $561.35 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $25,834.00 | $561.35 |

| | | |
| --- | --- | --- |
| Page Subtotals: | $0.00 | $360.85 |

UST Form 101-7-TFR (5/1/2011)  *(Page: 6)*

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | |
|---|---|
| Case No: 14-05847 | Trustee Name: Joji Takada, Chapter 7 Trustee |
| Case Name: Kevin Yacoben | Bank Name: The Bank of New York Mellon |
| Jennifer L Tobias | Account Number/CD#: XXXXXX8326 |
| | Checking |
| Taxpayer ID No: XX-XXX8784 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 01/31/2018 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 10/02/14 | 1 | Kevin Yacoben | Settlement payment Initial payment for compromise re: primary residence | 1110-000 | $5,000.00 | | $5,000.00 |
| 11/07/14 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $4,990.00 |
| 12/05/14 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $4,980.00 |
| 12/19/14 | 1 | Kevin Yacoben/Jenniver Tobias | Settlement payment Installment payment re settlement of primary residence | 1110-000 | $5,000.00 | | $9,980.00 |
| 01/05/15 | 1 | Kevin Yacoben | Settlement payment Installment payment per compromise re primary residence | 1110-000 | $166.00 | | $10,146.00 |
| 01/08/15 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $10,136.00 |
| 01/26/15 | | Transfer to Acct # xxxxxx9959 | Transfer of Funds | 9999-000 | | $10,136.00 | $0.00 |

| | | |
|---|---:|---:|
| COLUMN TOTALS | $10,166.00 | $10,166.00 |
| Less: Bank Transfers/CD's | $0.00 | $10,136.00 |
| Subtotal | $10,166.00 | $30.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $10,166.00 | $30.00 |

| | | |
|---|---:|---:|
| Page Subtotals: | $10,166.00 | $10,166.00 |

UST Form 101-7-TFR (5/1/2011) *(Page: 7)*

Exhibit B

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX8326 - Checking | $10,166.00 | $30.00 | $0.00 |
| XXXXXX9959 - Checking | $25,834.00 | $561.35 | $35,408.65 |
|  | $36,000.00 | $591.35 | $35,408.65 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| Total Allocation Receipts: | $0.00 |
|---|---|
| Total Net Deposits: | $36,000.00 |
| Total Gross Receipts: | $36,000.00 |

Page Subtotals:    $0.00    $0.00

Case Number: 14-05847  
Debtor Name: Yacoben, Kevin

Date: February 15, 2018  
PROPOSED DISTRIBUTION with INTEREST

| Claim # | Payee Name | Class | Priority | Amount | Paid to Date | Claim Balance | Proposed Payment | Interest Paid To Date | Proposed Interest | Total Proposed Pymt | Funds Remaining |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Beginning Balance | | | | | | | | | | $35,408.65 |
| | Joji Takada<br>6336 North Cicero Avenue<br>Chicago, IL 60646 | Administrative | 100 | $3,688.46 | $0.00 | $3,688.46 | $3,688.46 | $0.00 | $0.00 | $3,688.46 | $31,720.19 |
| | Joji Takada<br>6336 North Cicero Avenue<br>Chicago, IL 60646 | Administrative | 100 | $6.86 | $0.00 | $6.86 | $6.86 | $0.00 | $0.00 | $6.86 | $31,713.33 |
| | Callero and Callero LLP<br>7800 North Milwaukee Avenue<br>Niles, Illinois 60714<br>Attn: Ryan Matsui | Administrative | 100 | $933.75 | $0.00 | $933.75 | $933.75 | $0.00 | $0.00 | $933.75 | $30,779.58 |
| Subtotals for Class Administrative 100.00% | | | | $4,629.07 | $0.00 | $4,629.07 | $4,629.07 | $0.00 | $0.00 | $4,629.07 | |
| 1 | Atlas Acquisitions Llc (Sears National Bank)<br>294 Union St.<br>Hackensack, Nj 07601 | Unsecured | 300 | $500.92 | $0.00 | $500.92 | $500.92 | $0.00 | $2.29 | $503.21 | $30,276.37 |
| 2 | Atlas Acquisitions Llc (Hsbc Bank Nevada, N.A.)<br>294 Union St.<br>Hackensack, Nj 07601 | Unsecured | 300 | $1,648.71 | $0.00 | $1,648.71 | $1,648.71 | $0.00 | $7.55 | $1,656.26 | $28,620.11 |
| 3 | Fifth Third Bank<br>Po Box 9013<br>Addison, Texas 75001 | Unsecured | 300 | $21,349.08 | $0.00 | $21,349.08 | $21,349.08 | $0.00 | $97.77 | $21,446.85 | $7,173.26 |
| 4 | Lvnv Funding, Llc Its Successors And Assigns As Assignee Of North Star Capital Acquisition Llc<br>Resurgent Capital Services<br>Po Box 10587<br>Greenville, Sc 29603-0587 | Unsecured | 300 | $555.31 | $0.00 | $555.31 | $555.31 | $0.00 | $2.54 | $557.85 | $6,615.41 |
| | Kevin Yacoben and Jennifer L Tobias | Unsecured | 999 | $6,615.41 | $0.00 | $6,615.41 | $6,615.41 | $0.00 | $0.00 | $6,615.41 | $0.00 |
| Subtotals for Class Unsecured 100.36% | | | | $30,669.43 | $0.00 | $30,669.43 | $30,669.43 | $0.00 | $110.15 | $30,779.58 | |
| | Totals | | | $35,298.50 | $0.00 | $35,298.50 | $35,298.50 | $0.00 | $110.15 | $35,408.65 | $0.00 |

Proposed distribution is dependent on the Court's rulings on administrative expenses, contest of claims, and/or objections made to this proposed distribution.  
Interest calculated using 0.12% interest from 02/22/2014 to 12/15/2017.

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 14-05847  
Case Name: Kevin Yacoben  
              Jennifer L Tobias  
Trustee Name: Joji Takada, Chapter 7 Trustee

    Balance on hand                                     $      35,408.65

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Joji Takada | $ 3,688.46 | $ 0.00 | $ 3,688.46 |
| Trustee Expenses: Joji Takada | $ 6.86 | $ 0.00 | $ 6.86 |
| Accountant for Trustee Expenses: Callero and Callero LLP | $ 933.75 | $ 0.00 | $ 933.75 |

    Total to be paid for chapter 7 administrative expenses          $      4,629.07  
    Remaining Balance                                            $     30,779.58

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

    Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 24,054.02 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Atlas Acquisitions Llc (Sears National Bank) | $ 500.92 | $ 0.00 | $ 500.92 |
| 2 | Atlas Acquisitions Llc (Hsbc Bank Nevada, N.A.) | $ 1,648.71 | $ 0.00 | $ 1,648.71 |
| 3 | Fifth Third Bank | $ 21,349.08 | $ 0.00 | $ 21,349.08 |
| 4 | Lvnv Funding, Llc Its Successors And Assigns As | $ 555.31 | $ 0.00 | $ 555.31 |
| | Total to be paid to timely general unsecured creditors | | $ | 24,054.02 |
| | Remaining Balance | | $ | 6,725.56 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

NONE

      Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

      Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

      To the extent funds remain after payment in full to all allowed claims, interest will be paid at the legal rate of 0.1 % pursuant to 11 U.S.C. § 726(a)(5). Funds available for interest are $ 110.15 . The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

      The amount of surplus returned to the debtor after payment of all claims and interest is $ 6,615.41 .