## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | Case No. 14-05847 |
| Kevin Yacoben | § | Chapter 7 |
| Jennifer L Tobias | § | |
| Debtor(s) | § | |
| | § | |

TO:   See attached Service List

### CERTIFICATE OF SERVICE

I, the undersigned attorney, certify that I served a copy of the **NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)** upon the person(s) listed above by mailing the same by First Class U.S. Mail at Chicago, Illinois on the date set forth below, unless a copy was served electronically which occurs automatically upon the filing of the aforesaid documents with the Clerk of the Bankruptcy Court through the CM/ECF system.

Date: February 22, 2018                             */s/ Joji Takada*
                                                    Bankruptcy Trustee

Prepared by:
Joji Takada
TAKADA LAW OFFICE, LLC
6336 North Cicero Avenue, Suite 201
Chicago, Illinois 60646
Tel: 773-790-4888

{00010123 / 2013 / 001 /}

# SERVICE LIST

## Electronic Mail Notice List

- Adam P Czapulonis   adam.p.czapulonis@gmail.com
- Patrick S Layng   USTPRegion11.ES.ECF@usdoj.gov

## First Class Mail Notice List

*Kevin Yacoben*
*Jennifer Tobias*
*505 Whitehall Way*
*Bolingbrook, IL 60440*

*Atlas Acquisitions LLC (HSBC Bank Nevada, N.A.)*
*294 Union St.*
*Hackensack, NJ 07601*

*LVNV Funding, LLC its successors and assigns as assignee of North Star Capital Acquisition LLC Resurgent Capital Services*
*PO Box 10587*
*Greenville, SC 29603-0587*

*Atlas Acquisitions LLC (Sears National Bank)*
*294 Union St.*
*Hackensack, NJ 07601*

*FIFTH THIRD BANK*
*PO BOX 9013*
*ADDISON, TEXAS 75001*