UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In Re: § <br> § <br> Kevin Yacoben § <br> Jennifer L Tobias § <br> § <br> Debtors § | Case No. 14-05847 |

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Joji Takada, Chapter 7 Trustee      , chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: 38,200.00                    Assets Exempt: 7,403.73
*(Without deducting any secured claims)*


Total Distributions to Claimants: 24,171.93    Claims Discharged
                                                Without Payment: 637,989.90


Total Expenses of Administration: 5,178.23

---

3) Total gross receipts of $ 36,000.00  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 6,649.84  (see **Exhibit 2**), yielded net receipts of $ 29,350.16  from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 227,312.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 5,178.23 | 5,178.23 | 5,178.23 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 410,677.90 | 24,054.02 | 24,054.02 | 24,171.93 |
| **TOTAL DISBURSEMENTS** | $ 637,989.90 | $ 29,232.25 | $ 29,232.25 | $ 29,350.16 |

    4)  This case was originally filed under chapter 7 on  02/22/2014 .  The case was pending for 52 months.

    5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  06/08/2018                          By:/s/Joji Takada, Chapter 7 Trustee
                                                              Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| 505 Whitehall Way, Bolingbrook, Il 60440 | 1110-000 | 36,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$36,000.00** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Kevin Yacoben and Jennifer L Tobias | Surplus Funds Paid to Debtor 726 (a)(6) (includes Payments to shareholders and limited partners) | 8200-002 | 6,649.84 |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 6,649.84** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Bank Of America P.O. Box 982236 El Paso, TX 79998 | | 20,561.00 | NA | NA | 0.00 |
| | Bk Of Amer Attn: Bankruptcy/MC: NC4-105-03-14 Po Box 26012 Greensboro, NC 27410 | | 124,800.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Frederick Yacoben 8415 Ashlawn Dr. Houston, TX 77083 | | 50,000.00 | NA | NA | 0.00 |
| | Harris N.a. Bmo-Harris Bank/Attn: Legal Service 1100 W. Monroe 421 E Chicago, IL 60603 | | 31,951.00 | NA | NA | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$ 227,312.00** | **$ 0.00** | **$ 0.00** | **$ 0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Joji Takada | 2100-000 | NA | 3,685.02 | 3,685.02 | 3,685.02 |
| Joji Takada | 2200-000 | NA | 6.86 | 6.86 | 6.86 |
| Associated Bank | 2600-000 | NA | 561.35 | 561.35 | 561.35 |
| The Bank of New York Mellon | 2600-000 | NA | 30.00 | 30.00 | 30.00 |
| Callero and Callero LLP | 3420-000 | NA | 895.00 | 895.00 | 895.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | **$ NA** | **$ 5,178.23** | **$ 5,178.23** | **$ 5,178.23** |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Central Maine Power 83 Edison Dr. Augusta, ME 04336 | | 0.00 | NA | NA | 0.00 |
| | Chase Bank, Portfolio Mgmt Center P.O. Box 29550 Phoenix, AZ 85038 | | 49,794.94 | NA | NA | 0.00 |
| | Chase Po Box 15298 Wilmington, DE 19850 | | 3,801.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Chase Po Box 15298 Wilmington, DE 19850 | | 33,649.00 | NA | NA | 0.00 |
| | Comenity Bank/Lane Bryant Attn: Bankruptcy Po Box 182686 Columbus, OH 43218 | | 0.00 | NA | NA | 0.00 |
| | Fifth Third Bank Fifth Third Bank Bankruptcy Department, 1830 East Paris Ave. Se Grand Rapids, MI 49546 | | 20,254.00 | NA | NA | 0.00 |
| | First Premier Bank 601 S Minnesota Ave Sioux Falls, SD 57104 | | 343.00 | NA | NA | 0.00 |
| | First Premier Bank 601 S Minnesota Ave Sioux Falls, SD 57104 | | 494.00 | NA | NA | 0.00 |
| | Key Bank Equip Finance P.O. Box 74713 Cleveland, OH 44194 | | 0.00 | NA | NA | 0.00 |
| | Lvnv Funding Llc Po Box 10497 Greenville, SC 29603 | | 1,628.00 | NA | NA | 0.00 |
| | M W Sewall Co. 259 Front St. Bath, ME 04530 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Portfolio Recovery Assoc., LLC 120 Corporate Blvd. Norfolk, VA 23502 | | 1,569.96 | NA | NA | 0.00 |
| | Revenue Management Corp. 520 Main Street Waltham, MA 02451 | | 258.00 | NA | NA | 0.00 |
| | Rnb-fields3/Macy's Macy's Bankruptcy Department Po Box 8053 Mason, OH 45040 | | 0.00 | NA | NA | 0.00 |
| | Sally A. Huber Bradford Rd. Wiscasset, ME 04578 | | 0.00 | NA | NA | 0.00 |
| | Sears/cbna Po Box 6282 Sioux Falls, SD 57117 | | 3,886.00 | NA | NA | 0.00 |
| | Senscam Security Systems 11 Waterview Point Topsham, ME 04086-6201 | | 0.00 | NA | NA | 0.00 |
| | The First, N.A. P.O. Box 940 Damariscotta, ME 04543 | | 295,000.00 | NA | NA | 0.00 |
| 2 | Atlas Acquisitions Llc (Hsbc Bank Nevada, N.A.) | 7100-000 | NA | 1,648.71 | 1,648.71 | 1,648.71 |
| 1 | Atlas Acquisitions Llc (Sears National Bank) | 7100-000 | NA | 500.92 | 500.92 | 500.92 |
| 3 | Fifth Third Bank | 7100-000 | NA | 21,349.08 | 21,349.08 | 21,349.08 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 4 | Lvnv Funding, Llc Its Successors And Assigns As | 7100-000 | NA | 555.31 | 555.31 | 555.31 |
| | Atlas Acquisitions Llc (Hsbc Bank Nevada, N.A.) | 7990-000 | NA | NA | NA | 8.08 |
| | Atlas Acquisitions Llc (Sears National Bank) | 7990-000 | NA | NA | NA | 2.46 |
| | Fifth Third Bank | 7990-000 | NA | NA | NA | 104.65 |
| | Lvnv Funding, Llc Its Successors And Assigns As | 7990-000 | NA | NA | NA | 2.72 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 410,677.90 | $ 24,054.02 | $ 24,054.02 | $ 24,171.93 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 14-05847 | BWB | Judge: | Bruce W. Black | Trustee Name: | Joji Takada, Chapter 7 Trustee |
|---|---|---|---|---|---|---|
| Case Name: | Kevin Yacoben | | | | Date Filed (f) or Converted (c): | 02/22/2014 (f) |
| | Jennifer L Tobias | | | | 341(a) Meeting Date: | 03/17/2014 |
| For Period Ending: | 06/08/2018 | | | | Claims Bar Date: | 08/25/2014 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 505 Whitehall Way, Bolingbrook, Il 60440 | 198,000.00 | 0.00 | | 36,000.00 | FA |
| 2. Cash; 505 Whitehall Way, Boilingbrook, Il | 500.00 | 0.00 | | 0.00 | FA |
| 3. Bank Of America Checking Account Xxx9815; 505 Whitehall Way, | 500.00 | 0.00 | | 0.00 | FA |
| 4. The First (Community Bank); Xxx5688 | 3.73 | 0.00 | | 0.00 | FA |
| 5. Furniture; 505 Whitehall Way, Boilingbrook, Il | 750.00 | 0.00 | | 0.00 | FA |
| 6. Books, Cds, Dvds | 350.00 | 0.00 | | 0.00 | FA |
| 7. Clothes; 505 Whitehall Way, Boilingbrook, Il | 500.00 | 0.00 | | 0.00 | FA |
| 8. 2012 Jeep Wrangler; 505 White Hall Way, Bolingbrook, Il 6044 | 24,000.00 | 0.00 | | 0.00 | FA |
| 9. 2011 Honda Element; 505 White Hall Way, Bolingbrook, Il 6044 | 19,000.00 | 0.00 | | 0.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | Unknown |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)         $243,603.73         $0.00         $36,000.00         $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

UST Form 101-7-TDR (10/1/2010) *(Page: 9)*

Finalize compromise with Debtor re: interest in primary residence in exchange for $36,000 payable over 18 mos. - Joji Takada 8/20/2014

Debtor paying installment payments pursuant to compromise. - Joji Takada 11/30/2014

Debtor paying installment payments pursuant to compromise. - Joji Takada 3/9/2015

Debtor paying installment payments pursuant to compromise. - Joji Takada 6/19/2015

Debtor paying installment payments pursuant to compromise. - Joji Takada 9/29/2015

Debtor paid settlement payment in full; Consulting with accountant re: tax returns. - Joji Takada 11/30/2015

Accountant hired; Tax returns in process.  - Joji Takada 6/24/2016

Working with debtor regarding clearing estate's issue in property after payment in full. 9/1/16

Accountant hired; Tax returns in process.  - Joji Takada 11/20/2016

Resolving tax issues. - Joji Takada 3/15/2017

Prepare TFR and distributions. - Joji Takada 9/1/2017

TFR with UST review. - Joji Takada 12/15/2017



Initial Projected Date of Final Report (TFR): 02/22/2016          Current Projected Date of Final Report (TFR): 12/30/2017

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | |
|---|---|
| Case No: 14-05847 | Trustee Name: Joji Takada, Chapter 7 Trustee |
| Case Name: Kevin Yacoben | Bank Name: Associated Bank |
| Jennifer L Tobias | Account Number/CD#: XXXXXX9959 |
| | Checking |
| Taxpayer ID No: XX-XXX8784 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 06/08/2018 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 01/26/15 | | Transfer from Acct # xxxxxx8326 | Transfer of Funds | 9999-000 | $10,136.00 | | $10,136.00 |
| 02/06/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $10,126.00 |
| 03/06/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $13.60 | $10,112.40 |
| 03/18/15 | 1 | Jennifer Tobias | Settlement payment Installment payment re compromise of primary residence | 1110-000 | $5,166.00 | | $15,278.40 |
| 04/07/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $18.50 | $15,259.90 |
| 05/07/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $21.95 | $15,237.95 |
| 06/05/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $22.65 | $15,215.30 |
| 06/21/15 | 1 | Jennifer Tobias | Settlement payment Installment payment re compromise of primary residence | 1110-000 | $5,166.00 | | $20,381.30 |
| 07/07/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $24.12 | $20,357.18 |
| 08/07/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $30.26 | $20,326.92 |
| 09/08/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $30.22 | $20,296.70 |
| 10/05/15 | 1 | Peter Galek | Settlement payment Final payment re compromise of Debtor's primary residence | 1110-000 | $15,502.00 | | $35,798.70 |
| | | | Page Subtotals: | | $35,970.00 | $171.30 | |

UST Form 101-7-TDR (10/1/2010) *(Page: 11)*

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 14-05847 | | Trustee Name: | Joji Takada, Chapter 7 Trustee |
| Case Name: | Kevin Yacoben | | Bank Name: | Associated Bank |
| | Jennifer L Tobias | | Account Number/CD#: | XXXXXX9959 |
| | | | | Checking |
| Taxpayer ID No: | XX-XXX8784 | | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 06/08/2018 | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 10/07/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $29.20 | $35,769.50 |
| 11/06/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $50.20 | $35,719.30 |
| 12/07/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $51.39 | $35,667.91 |
| 01/08/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $53.03 | $35,614.88 |
| 02/05/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $52.95 | $35,561.93 |
| 03/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $49.46 | $35,512.47 |
| 04/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $52.80 | $35,459.67 |
| 05/06/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $51.02 | $35,408.65 |
| 03/23/18 | 1001 | Joji Takada<br>6336 North Cicero Avenue<br>Chicago, IL  60646 | Final distribution per court order. | 2100-000 | | $3,685.02 | $31,723.63 |
| 03/23/18 | 1002 | Joji Takada<br>6336 North Cicero Avenue<br>Chicago, IL  60646 | Final distribution per court order. | 2200-000 | | $6.86 | $31,716.77 |
| 03/23/18 | 1003 | Callero and Callero LLP<br>7800 North Milwaukee Avenue<br>Niles, Illinois 60714<br>Attn: Ryan Matsui | Final distribution per court order. | 3420-000 | | $895.00 | $30,821.77 |
| 03/23/18 | 1004 | Atlas Acquisitions Llc (Sears National Bank)<br>294 Union St.<br>Hackensack, Nj 07601 | Final distribution per court order. | | | $503.38 | $30,318.39 |

Page Subtotals: $0.00   $5,480.31

UST Form 101-7-TDR (10/1/2010) *(Page: 12)*

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 14-05847 | Trustee Name: | Joji Takada, Chapter 7 Trustee |
| Case Name: | Kevin Yacoben | Bank Name: | Associated Bank |
| | Jennifer L Tobias | Account Number/CD#: | XXXXXX9959 |
| | | | Checking |
| Taxpayer ID No: | XX-XXX8784 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 06/08/2018 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| | | | ($2.46) | 7990-001 | | | |
| | | Atlas Acquisitions Llc (Sears National Bank) | Final distribution per court order. ($500.92) | 7100-000 | | | |
| 03/23/18 | 1005 | Atlas Acquisitions Llc (Hsbc Bank Nevada, N.A.) 294 Union St. Hackensack, Nj 07601 | Final distribution per court order. | | | $1,656.79 | $28,661.60 |
| | | | ($8.08) | 7990-001 | | | |
| | | Atlas Acquisitions Llc (Hsbc Bank Nevada, N.A.) | Final distribution per court order. ($1,648.71) | 7100-000 | | | |
| 03/23/18 | 1006 | Fifth Third Bank Po Box 9013 Addison, Texas 75001 | Final distribution per court order. | | | $21,453.73 | $7,207.87 |
| | | | ($104.65) | 7990-001 | | | |
| | | Fifth Third Bank | Final distribution per court order. ($21,349.08) | 7100-000 | | | |
| 03/23/18 | 1007 | Lvnv Funding, Llc Its Successors And Assigns As Assignee Of North Star Capital Acquisition Llc Resurgent Capital Services Po Box 10587 Greenville, Sc 29603-0587 | Final distribution per court order. | | | $558.03 | $6,649.84 |
| | | | ($2.72) | 7990-001 | | | |
| | | Lvnv Funding, Llc Its Successors And Assigns As | Final distribution per court order. ($555.31) | 7100-000 | | | |
| 03/23/18 | 1008 | Kevin Yacoben and Jennifer L Tobias | Distribution of surplus funds to debtor. | 8200-002 | | $6,649.84 | $0.00 |

| | | | COLUMN TOTALS | $35,970.00 | $35,970.00 |
| | | | Less: Bank Transfers/CD's | $10,136.00 | $0.00 |
| | | | Subtotal | $25,834.00 | $35,970.00 |
| | | | Page Subtotals: | $0.00 | $30,318.39 |

UST Form 101-7-TDR (10/1/2010) (Page: 13)

| | | |
|---|---:|---:|
| Less: Payments to Debtors | $0.00 | $6,649.84 |
| Net | $25,834.00 | $29,320.16 |

Exhibit 9

Page Subtotals: $0.00 $0.00

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: | 14-05847 |
| Case Name: | Kevin Yacoben |
| | Jennifer L Tobias |
| Taxpayer ID No: | XX-XXX8784 |
| For Period Ending: | 06/08/2018 |

| | |
|---|---|
| Trustee Name: | Joji Takada, Chapter 7 Trustee |
| Bank Name: | The Bank of New York Mellon |
| Account Number/CD#: | XXXXXX8326 |
| | Checking |
| Blanket Bond (per case limit): | $5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 10/02/14 | 1 | Kevin Yacoben | Settlement payment Initial payment for compromise re: primary residence | 1110-000 | $5,000.00 | | $5,000.00 |
| 11/07/14 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $4,990.00 |
| 12/05/14 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $4,980.00 |
| 12/19/14 | 1 | Kevin Yacoben/Jenniver Tobias | Settlement payment Installment payment re settlement of primary residence | 1110-000 | $5,000.00 | | $9,980.00 |
| 01/05/15 | 1 | Kevin Yacoben | Settlement payment Installment payment per compromise re primary residence | 1110-000 | $166.00 | | $10,146.00 |
| 01/08/15 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $10,136.00 |
| 01/26/15 | | Transfer to Acct # xxxxxx9959 | Transfer of Funds | 9999-000 | | $10,136.00 | $0.00 |

| | | |
|---|---|---|
| COLUMN TOTALS | $10,166.00 | $10,166.00 |
| Less: Bank Transfers/CD's | $0.00 | $10,136.00 |
| Subtotal | $10,166.00 | $30.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $10,166.00 | $30.00 |

Page Subtotals: $10,166.00 $10,166.00

UST Form 101-7-TDR (10/1/2010) *(Page: 15)*

Exhibit 9

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX8326 - Checking | $10,166.00 | $30.00 | $0.00 |
| XXXXXX9959 - Checking | $25,834.00 | $29,320.16 | $0.00 |
|  | $36,000.00 | $29,350.16 | $0.00 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| Total Allocation Receipts: | $0.00 |
|---|---|
| Total Net Deposits: | $36,000.00 |
| Total Gross Receipts: | $36,000.00 |

Page Subtotals:    $0.00    $0.00